MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7000
   Fax: (415) 436-7009
   cynthia.stier@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-13-00191-EMC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATED REQUEST TO REFER MATTER TO PROBATION FOR CRIMINAL HISTORY REPORT ONLY IN 30 DAYS AND [PROPOSED] ORDER |
| v. | ) | |
| ERIC FLENTOIL, | ) | |
| Defendant. | ) | |

     COMES NOW the parties, United States of America, and Defendant, Eric Flentoil, and request that the Court refer this matter to the United States Probation Office for a Criminal History Report within 30 days from the date of this Order. If necessary, the Court may order a

//
//
//
//
//
//
//
//

complete PSR at a later time.

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division

/s/ Elizabeth Falk
ELIZABETH FALK
Counsel for Eric Flentoil

SO ORDERED

DATED: _____5/9/13_____

EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

US v. Flentoil,
No. CR 13-00191-EMC
Stip. Req. to Refer to Probation for
Crim. History Report                    2