UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-13-00191-EMC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER RESCHEDULING |
| v. | ) | HEARING FOR CHANGE OF PLEA AND EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| ERIC FLENTOIL, | ) | |
| | ) | |
| Defendant. | ) | |

1. By Stipulated Request, the parties request that the hearing on the Change of Plea be rescheduled from May 15, 2013, to June 19, 2013, to obtain a Criminal History Report from the U.S. Office of Probation.

2. The parties also stipulate that the time between May 15, 2013, and June 19, 2013, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(i) and (h)(7)(B)(iv).

3. The parties represent that the this delay is necessary to allow continuity of counsel for the Defendant and for effective preparation for trial.  The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

For the reasons set forth in the Stipulated Request to Continue Hearing on Change of Plea and to Exclude Time Under the Speedy Trial Act, and for the foregoing reasons, the Court finds that the time between May 15, 2013, and June 19, 2013, is properly excluded under the Speedy

1

1  Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv).  The parties
2  represent and this Court found that the this delay is necessary to allow counsel for the Defendant
3  to effectively prepare for trial.  The parties agree that the ends of justice served by granting the
4  requested continuance outweigh the best interest of the public and the defendant in a speedy trial.
5      For the foregoing reasons, the period between May 15, 2013, and June 19, 2013, is properly
6  excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and
7  (h)(7)(B)(iv).
8      The Court further ORDERS that the hearing on the Change of Plea currently scheduled for
9  May 15, 2013, is rescheduled to June 19, 2013, at 2:30 p.m.

10  IT IS SO ORDERED

11  DATED:  5/9/13

12  _____
    EDWARD
    UNITED ST

*[Signature and seal: IT IS SO ORDERED, Judge Edward M. Chen, United States District Court, Northern District of California]*

Stipulation and [proposed] Order
Regarding Exclusion of Time and
Rescheduling Hrg. On Change of Plea.
No. CR 13-00191-EMC                    2