BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CYNTHIA STIER  (DCBN 423256)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-4395
Telephone: (415) 436-7000/6557
Facsimile: (415) 4326-6753
Email: Cynthia.stier@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC FLENTOIL,<br><br>    Defendant. | No. CR 13-00191-EMC<br><br>STIPULATION TO RE-SCHEDULE STATUS CONFERENCE RE:  PROBATION FORM 12 TO AUGUST 23, 2017 AND [PROPOSED] ORDER |

### STIPULATED REQUEST TO SCHEDULE STATUS CONFERENCE

The parties stipulate, subject to the Court's approval:

A status hearing on a Probation Form 12 was scheduled for August 2, 2017.  The parties now anticipate that the defendant, Eric Flentoil, will appear for arraignment on new charges in the near future.  The Court vacated the status conference upon the parties' request to re-schedule it to August 23,

//

//

//

//

1  2017. Accordingly, the parties request that this Court re-schedule the status conference on the Form 12

2  violation to August 23, 2017, at 2:30 p.m.

BRIAN J. STRETCH
United States Attorney

5  DATED: 8/1/17 __8/1/2017_____          _____/s/_____

CYNTHIA STIER
6                                          Assistant United States Attorney

9  DATED: 8/1/17                             _____/s/_____

ELIZABETH FALK
10                                          Counsel for Eric Flentoil

12                                ORDER

13       Pursuant to the Stipulated request of the United States of America and Defendant, Eric Flentoil,

14  it is HEREBY ORDERED as follows:

15       The status conference on the Probation Form 12 is re-scheduled to August 23, 2017, at 2:30 p.m.

16       SO ORDERED this ___14th day of _August_, 2017.

18  Dated: _____8/14/17_____          _____

EDWARD M. CHEN
19                                          UNITED S

IT IS SO ORDERED

Judge Edward M. Chen