1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division
4
5  CYNTHIA STIER  (DCBN 423256)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-4395
        Telephone: (415) 436-7000/6557
8       Facsimile: (415) 4326-6753
        Email: Cynthia.stier@usdoj.gov
9
10   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 13-00191-EMC |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO RE-SCHEDULE STATUS CONFERENCE RE:  PROBATION FORM 12 TO AUGUST 23, 2017 AND [PROPOSED] ORDER |
| v. | ) ) ) | |
| ERIC FLENTOIL, | ) ) ) | |
| Defendant. | ) ) | |

STIPULATED REQUEST TO SCHEDULE STATUS CONFERENCE

The parties stipulate, subject to the Court's approval:

A status hearing on a Probation Form 12 was scheduled for August 2, 2017.  The parties now anticipate that the defendant, Eric Flentoil, will appear for arraignment on new charges in the near future.  The Court vacated the status conference upon the parties' request to re-schedule it to August 23,

//

//

//

//

2017. Accordingly, the parties request that this Court re-schedule the status conference on the Form 12 violation to August 23, 2017, at 2:30 p.m.

                                        BRIAN J. STRETCH
                                        United States Attorney

DATED: 8/16/20178/16/20178/16/2017 8/16/17

                                          /s/
                                        CYNTHIA STIER
                                        Assistant United States Attorney

DATED: 8/16/17                                     /s/
                                        ELIZABETH FALK
                                        Counsel for Eric Flentoil

## ORDER

Pursuant to the Stipulated request of the United States of America and Defendant, Eric Flentoil, it is HEREBY ORDERED as follows:

The status conference on the Probation Form 12 is re-scheduled to August 23, 2017, at 2:30 p.m.

SO ORDERED this 16th day of August, 2017.

Dated: 8/16/17

                                        EDWARD M. CHEN
                                        UNITED STATES

*IT IS SO ORDERED*
*Judge Edward M. Chen*