BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CYNTHIA STIER  (DCBN 423256)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-4395
    Telephone: (415) 436-7000/6557
    Facsimile: (415) 4326-6753
    Email: Cynthia.stier@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>     Plaintiff, )<br><br>v. )<br><br>ERIC FLENTOIL, )<br><br>     Defendant. ) | No. CR 13-00191-EMC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE RE:  PROBATION FORM 12 TO OCTOBER 11, 2017, AND [PROPOSED] ORDER |

STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE

The parties stipulate, subject to the Court's approval:

A status hearing on a Second Amended Probation Form 12 was scheduled for August 23, 2017, pursuant to the parties' stipulated request.  The parties now request that it be continued to October 11, 2017.

The parties had anticipated that the defendant, Eric Flentoil, would appear for arraignment on the Form 12 charges prior to August 23, 2017.  However, Defendant is currently in custody in Santa Clara County, California, on state charges.  Defendant is being held on an N detainer, which allows his release

to a residential treatment facility when space becomes available. The N detainer does not enable the Marshal to transport him to federal court and the Marshal's detainer does not enable the state to send him to residential treatment.

Accordingly, the parties appeared before Magistrate Elizabeth Laporte on August 15, 2017, to withdraw all outstanding federal warrants for the defendant and for the Marshal to recall any detainers, so that defendant may be released to a residential treatment facility when space becomes available. The parties therefore request that this Court vacate the August 23, 2017 status conference on the Form 12 charges and re-schedule the status conference to October 11, 2017, at 2:30 p.m.

BRIAN J. STRETCH
United States Attorney

DATED: 8/17/17 _____/s/_____
CYNTHIA STIER
Assistant United States Attorney


DATED: 8/17/17 _____/s/_____
ELIZABETH FALK
Counsel for Eric Flentoil

ORDER

Pursuant to the Stipulated request of the United States of America and Defendant, Eric Flentoil, it is HEREBY ORDERED as follows:

The status conference on the Second Amended Probation Form 12 scheduled for August 23, 2017, is vacated and a status conference on the Second Amended Probation Form 12 is scheduled for October 11, 2017, at 2:30 p.m.

SO ORDERED this _____18th_____ day of ____August____, 2017.

Dated: _____august 18, 2017_____

_____
EDWARD M.
UNITED STA

